IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY GELLATLY and OWEN ERQUIAGA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>REALTY INCOME CORPORATION,<br><br>        Defendant. | Case No. 2:17-cv-00692-DSC<br><br>Filed Electronically |

### ORDER DISMISSING PLAINTIFFS' ACTION

AND NOW this 19 day of December, 2017, upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Rule 23(e) and in accordance with the Parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned action is dismissed with prejudice as to Plaintiffs Emily Gellatly and Owen Erquiaga's individual claims, including all claims that were brought or could have been brought by Plaintiffs, with each Party to bear its own costs except as provided in the Settlement Agreement.

2. The above-captioned action is dismissed without prejudice as to the claims of the putative class members.

3. The Court retains jurisdiction over the parties and the above-captioned action with respect to the sufficiency of Realty Income Corporation's ("RIC") policies and procedures addressing the accessibility of the parking facilities and outdoor areas for the properties owned by RIC, the timing of any improvements or remediation pursuant to RIC's plan, and the interpretation and enforcement of the Settlement Agreement.

4. The Clerk shall mark this case as CLOSED.

                       _____
                       Judge